UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JACK MICHAEL ELLIOT | CIVIL ACTION NO. 25-cv-1120 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| AMERICAN NATIONAL PROPERTY & CASUALTY CO ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

American National Property and Casualty Company filed a Diversity Jurisdiction Disclosure Statement and alleged that it is "organized under the laws of Nebraska and has its principal place of business in Missouri." The statement does not allege whether American Nation is a corporation, LLC, or other form of entity. If it is a corporation, these allegations are sufficient. However, if it is an LLC or other unincorporated entity, its citizenship is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F. 3d 1077 (5th Cir. 2008).

American National must file, no later than **August 25, 2025**, an amended Diversity Jurisdiction Disclosure Statement that specifically alleges its form of entity and sets forth its citizenship in accordance with the rules outlined above.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 18th day of August, 2025.

Mark L. Hornsby
U.S. Magistrate Judge