UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JACK MICHAEL ELLIOT                    CIVIL ACTION NO. 25-cv-1120

VERSUS                                 JUDGE S. MAURICE HICKS, JR.

AMERICAN NATIONAL PROPERTY &           MAGISTRATE JUDGE HORNSBY
CASUALTY CO ET AL

**MEMORANDUM ORDER**

Jack Michael Elliot ("Plaintiff") filed this civil action in state court against American National Property & Casualty Company and Paul Grisso. Plaintiff asserts claims for property damage resulting from a tornado. Plaintiff asserts a negligence claim against insurance agent Paul Grisso for failing to explain or disclose policy limitations and providing misleading assurances regarding the scope and adequacy of coverage.

The defendants removed the case based on an assertion of diversity jurisdiction. The defendants acknowledged that Plaintiff and Mr. Grisso appear to both be Louisiana citizens, which would destroy diversity, but the defendants asserted that the citizenship of Mr. Grisso should be ignored pursuant to the improper joinder doctrine, which is outlined in Smallwood v. Illinois Central RR Co., 385 F.3d 568 (5th Cir. 2004).

The court issued an order (Doc. 7) that noted the improper joinder plea and instructed Plaintiff that he must file a motion to remand by September 4, 2025 if he contests the assertion that Mr. Grisso was improperly joined. The order stated that if Plaintiff did not timely file a motion to remand and challenge the improper joinder plea, the court would

consider Plaintiff to concede the point, Mr. Grisso would be dismissed without prejudice, and the claims against American National would proceed toward a scheduling order.

The September 4, 2025 deadline has passed, and Plaintiff has not filed a motion to remand or other challenge to the improper joinder plea. Given the assertion that Mr. Grisso is improperly joined and the lack of any challenge via motion to remand, all claims against **Paul Grisso** are **dismissed without prejudice**. International Energy Ventures Mgmt., L.L.C. v. United Energy Grp., Ltd., 818 F.3d 193, 210 (5th Cir. 2016) (dismissal without prejudice is appropriate when a defendant is improperly joined).

THUS DONE AND SIGNED in Shreveport, Louisiana, this 8th day of September, 2025.

_____
Mark L. Hornsby
U.S. Magistrate Judge